UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 90-0402 LJO |
| Plaintiff, | **ORDER ON DEFENDANTS' MOTION FOR RELIEF FROM CONSENT DECREE** (Doc. 18.) |
| vs. | |
| JOHN DE JONG, INC., et al., | |
| Defendants. | |

On December 10, 2013, defendants filed their papers (doc. 18) for relief from a consent decree entered into with plaintiff United States of America ("Government") and set no hearing. As such, this Court ORDERS:

1. The Government, no later than January 10, 2014, to file and serve papers to respond to defendants' papers for relief from the consent decree; and

2. Defendants, no later than January 17, 2014, to file and serve, at their option, reply papers.

Pursuant to its practice, this Court will consider the matter on the record without a hearing. This Court DIRECTS the clerk to serve a copy of this order on the Civil Division of the Office of the U.S. Attorney, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated:   **December 10, 2013**              **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE

1